IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HOLLY TREADWAY
and CHRISTIAN MANNA,
Each Individually and on Behalf
of All Others Similarly Situated                         PLAINTIFFS

v.                    No. 3:19-cv-321-DPM

BILL'S SUPER FOODS, INC.,
and BILLY RAY ORR                                        DEFENDANTS

ORDER

1. The joint motion, *Doc. 21*, is granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of contested overtime compensation issues. As the docket reflects, the attorney's fee was negotiated separately, after the parties had settled the wage claims.

2. For purposes of settlement, the Court certifies a collective action. The group contains:

> All former hourly paid Department Managers for Bill's Super Foods, Inc., and Billy Ray Orr who received a bonus payment between 12 November 2016 and 4 March 2020.

The Court directs administration of the settlement as follows:

- Sanford Law Firm, PLLC, is appointed as Group Counsel;
- All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Parties' Settlement and Release Agreement;
- The Notice of Collective Action Settlement and Claim Form are approved as to form and substance, with three changes: the phrase "hourly paid" is not hyphenated*; defendants must be named (see above); and the "and/or" in paragraph 4 must be replaced with "or";
- Within ten days of the entry of this Order, Group Counsel must send the Notice of Collective Action Settlement and Claim Form to the Settlement Group by first-class mail;
- Group Members shall have sixty days after the Notice is first mailed to submit their Claim Form;
- Group Counsel shall file redacted versions of all submitted Claim Forms with the Court; and
- Settlement payments shall be made in accordance with the terms of the Settlement Agreement.

The Court authorizes the parties' lawyers to use all necessary reasonable procedures in administrating the settlement that are not materially inconsistent with this Order or the Settlement Agreement.

---

* Please change this in the Claim Form, too.

-2-

**3.** The Court will dismiss Plaintiffs' claims with prejudice after filed notice from counsel that final payment has been made.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 September 2020