IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HOLLY TREADWAY
and CHRISTIAN MANNA,
Each Individually and on Behalf
of All Others Similarly Situated                    PLAINTIFFS

v.                          No. 3:19-cv-321-DPM

BILL'S SUPER FOODS, INC.
and BILLY RAY ORR                                   DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 July 2021